1  CINDY M. RUCKER (SBN 272465)
   cmekari@maynardcooper.com
2  MAYNARD, COOPER & GALE, LLP
   1925 Century Park, East, Suite 1700
3  Los Angeles, CA 90067
   Telephone: (323) 987-3356
4  Facsimile:  (205) 254-1999

5  Attorney for Defendant
   PRINCIPAL LIFE INSURANCE COMPANY
6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **NORTHERN DISTRICT OF CALIFORNIA**
9

10
   DR. GARIMA GUPTA D.O., MPH            )  Case No. 3:21-cv-01833-CRB
11                                         )
                 Plaintiff,                )  **JOINT STIPULATION FOR**
12                                         )  **DISMISSAL OF ENTIRE ACTION**
   vs.                                     )  **WITH PREJUDICE** : ORDER
13                                         )
   PRINCIPAL LIFE INSURANCE COMPANY,       )
14                                         )
                 Defendants.               )
15                                         )
                                           )
16

17      IT IS HEREBY STIPULATED, by and between the parties to this action, through their

18  designated counsel, that the above-captioned action hereby is dismissed with prejudice pursuant to

19  Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and that all parties bear their own fees

20  and costs.

21   //

22   //

23   //

24   //

25   //

                                                    1
   JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

| | | |
|---|---|---|
| 1 | DATED: December 15, 2021 | MAYNARD, COOPER & GALE LLP |
| 2 | | */s/ Cindy M. Rucker* |
| | | Cindy M. Rucker |
| 3 | | |
| 4 | | Attorney for Defendant |
| | | PRINCIPAL LIFE INSURANCE COMPANY |
| 5 | | |
| 6 | | |
| 7 | DATED: December 15, 2021 | ROBOOSTOFF & KALKIN |
| 8 | | */s/ William Reilly* |
| | | William Reilly |
| 9 | | Attorney for Plaintiff |
| | | DR. GARIMA GUPTA D.O., MPH |

1 | SIGNATURE ATTESTATION

2 | I, Cindy M. Rucker, hereby attest that concurrence in the filing of the document has been
3 | obtained from the other signatory on this document.

4 | DATED: December 15, 2021

/s/ *Cindy M. Rucker*
Cindy M. Rucker

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

3
JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

**PROOF OF SERVICE**

STATE OF CALIFORNIA         )
COUNTY OF SAN FRANCISCO     )

    I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is Two Embarcadero Center, Suite 1450, San Francisco, California 94111. On the date indicated below, I served the foregoing document described as:

**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

**[ X ]   By CM/ECF ELECTRONIC SERVICE**: The following are registered CM/ECF users with the Court, and have consented to service through the Court's automatic transmission of a notice of electronic filing:

Scott Kalkin, State Bar No. 120791
William Reilly State Bar No. 177550
ROBOOSTOFF & KALKIN
A Professional Law Corporation
369 Pine Street, Suite 820
San Francisco, California 94104
(415) 732-0282
Attorneys for Plaintiff Dr. Garima Gupta D.O., MPH

I declare that I am employed in the office of a member who has been admitted to the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 15, 2021 at San Francisco, California.

                                                  Sam Roberson

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. GARIMA GUPTA D.O., MPH<br><br>Plaintiff,<br><br>vs.<br><br>PRINCIPAL LIFE INSURANCE COMPANY,<br><br>Defendants. | Case No. 3:21-cv-01833-CRB<br><br>[PROPOSED] ORDER RE JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

Pursuant to the stipulation of the parties, it is hereby ORDERED that the above-captioned action hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and that all parties bear their own fees and costs.

DATED: December 16, 2021

_____
Honorable Charles R. Breyer
United States District Judge

1

[PROPOSED] ORDER RE JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE